UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

PETRA TORREZ,

       Plaintiff,                                         Case No.1:07-cv-932

v.                                                       Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 24, 2008, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated:  October 14, 2008                          /s/Janet T. Neff
                                                                          JANET T. NEFF
                                                                          UNITED STATES DISTRICT JUDGE